UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 8A

BEFORE: M. MILLER BAKER, JUDGE

————————————————————x
CPF LEGACY, LLC and JEFI  :
ENTERPRISE (USA) INC.,    :
                          :
    *Plaintiffs*,         :     Court No. 25-00149
                          :
v.                        :
                          :
UNITED STATES,            :
                          :
    *Defendant*,          :
                          :
and                       :
                          :
AJINOMOTO HEALTH AND      :
NUTRITION NORTH AMERICA,  :
                          :
    *Defendant-Intervenor.* :
————————————————————x

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismiss this action.

Dated: March 9, 2026

                Respectfully submitted,

                */s/ Jordan C. Kahn*
                JORDAN C. KAHN

                **GRUNFELD DESIDERIO LEBOWITZ SILVERMAN & KLESTADT LLP**
                1201 New York Avenue, NW, Ste. 650
                Washington, DC 20005

(202) 783-6881
jkahn@gdlsk.com
*Counsel to Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/Sosun Bae
SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-7568
Email: sosun.bae@usdoj.gov
*Counsel for Defendant United States*

*/s/* Iain R. McPhie
IAIN R. MCPHIE

BAKER BOTTS L.L.P.
700 K Street, NW
Washington, DC 20001
Phone: (202) 639-7700
Email: iain.mcphie@bakerbotts.com
*Counsel to Defendant-Intervenor*

Order of Dismissal

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: _____

Clerk, U.S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001), eff. Apr. 1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010)

15159373_1