UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 8A

BEFORE: M. MILLER BAKER, JUDGE

_____x
CPF LEGACY, LLC and JEFI :
ENTERPRISE (USA) INC., :
 :
      *Plaintiffs*, :   Court No. 25-00149
 :
v. :
 :
UNITED STATES, :
 :
      *Defendant*, :
 :
and :
 :
AJINOMOTO HEALTH AND :
NUTRITION NORTH AMERICA, :
 :
      *Defendant-Intervenor.* :
_____x

## STIPULATION OF DISMISSAL

    **PLEASE TAKE NOTICE** that plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismiss this action.

Dated: March 9, 2026

                                Respectfully submitted,

                                */s/ Jordan C. Kahn*
                                JORDAN C. KAHN

                                GRUNFELD DESIDERIO LEBOWITZ
                                SILVERMAN & KLESTADT LLP
                                1201 New York Avenue, NW, Ste. 650
                                Washington, DC 20005

(202) 783-6881
jkahn@gdlsk.com
*Counsel to Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/Sosun Bae
SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-7568
Email: sosun.bae@usdoj.gov
*Counsel for Defendant United States*

*/s/* Iain R. McPhie
IAIN R. MCPHIE

BAKER BOTTS L.L.P.
700 K Street, NW
Washington, DC 20001
Phone: (202) 639-7700
Email: iain.mcphie@bakerbotts.com
*Counsel to Defendant-Intervenor*

2

Order of Dismissal

    This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: <u>March 10, 2026</u>

                              Clerk, U.S. Court of International Trade

                              By: <u>/s/     Geoffrey Goell</u>
                                        Deputy Clerk

(As added Dec. 18, 2001), eff. Apr. 1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010)

15159373_1